UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHRISTOPHER LEE TYREE,

       Plaintiff,

                           Case No. 1:24-cv-943

v.

                           Hon.  Hala Y. Jarbou

HEIDI WASHINGTON, et al.,

       Defendants.

_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for

lack of prosecution and failure to comply with the Court's order.


Dated: October 25, 2024                 /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE